# United States District Court
## Southern District of Georgia

Yusef L. Jackson,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-193,

Warden-FCI Williamsburg,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 5/28/15, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case with prejudice.

5/27/15
Date

